**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DENIS ROLANDO AVILA VALLE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-02401-JD |
| | ) | |
| CHRIS GANTT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER FOR PETITIONER'S REPLY**

The Court is in receipt of Respondents' Response [Doc. No. 8] to the Court's Show Cause Order of September 14, 2026 [Doc. No. 5]. Upon review, the Court orders Petitioner to file an expedited reply brief **of fifteen pages or fewer** addressing the substance of Respondents' filing, **on or before September 22, 2026**. The reply shall include discussion of the question of how the timing of the new "Notice to Appear" might impact the Court's application of the mootness doctrine. After review of Petitioner's reply, the Court may order an expedited surreply from Respondents.

IT IS SO ORDERED this 18th day of September 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE